## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KARL MITCHELL,

        Plaintiff,

vs.                                  CASE NO. 6:05-CV-1311-ORL-19KRS

SAMMY'S INVESTMENTS, LLC,
ALBERT SEGEV,

        Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 82, filed May 3, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 82) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 77, filed April 16, 2007) is **GRANTED.** The collective action allegations of the Complaint are **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___25th___ day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record